ORIGINAL

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| STEPHEN EDWARD ODONNELL | )    Case No. **3:20-mj-00166** |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

FILED 05 AUG '20 1445USDC-ORP

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    STEPHEN EDWARD ODONNELL  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   Assault on a Federal Officer

Date:    **July 27, 2020**                       *Issuing officer's signature*

City and state:    Portland, Oregon         Hon. Jolie A. Russo, United States Magistrate Judge
                                              *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
|      DATE 7/26/2020 on a PC |
| Date: _____      ARRESTED BY FPS |
|                        *Arresting officer's signature* |
|         U.S. MARSHAL |
|         BY _____      *Printed name and title* |