# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA**                    3:20-mj-166

**v.**                                          **ORDER DISMISSING COMPLAINT**
                                                **WITH PREJUDICE**
**STEPHEN EDWARD O'DONNELL,**

        **Defendant.**

This matter, having come before the Court on the government's motion to dismiss with prejudice the Complaint, charging the defendant with violating 18 U.S.C. § 111(a)(1), pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Complaint, charging the defendant with violating 18 U.S.C. § 111(a)(1) in the above-captioned matter is DISMISSED with prejudice.

Dated: January __22__, 2021

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

_s/ Parakram Singh_____
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney